UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20363-RAR

UNITED STATES OF AMERICA

vs.

ISSA ASAD
and
Q LINK WIRELESS LLC,

      **Defendants.**
_____/

**NOTICE TO STRIKE DOCKET ENTRY 71**

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice to Strike Docket Entry 71.

                    Respectfully submitted,

                    HAYDEN O'BYRNE
                    UNITED STATES ATTORNEY

By:    */s/ Elizabeth Young*
        ELIZABETH YOUNG
        JOHN C. SHIPLEY
        Assistant United States Attorneys
        Court ID No. A5501858
        Elizabeth.Young@usdoj.gov
        United States Attorney's Office
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (786) 761-3153