**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20363-RAR**

**UNITED STATES OF AMERICA**,

v.

**ISSA ASAD and Q LINK WIRELESS, LLC**,

Defendants.
_______________________________________/

**ORDER GRANTING MOTION TO DISCHARGE APPEARANCE BONDS AND FOR DISBURSEMENT OF BOND**

**THIS CAUSE** comes before the Court upon Defendant's Motion to Discharge Appearance Bonds and for Disbursement of Bond ("Motion"), [ECF No. 147]. The Court having reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Appearance Bonds at [ECF No. 18] and [ECF No. 19] are fully discharged. Further, the Clerk of Court is hereby directed to disburse the $100,000 deposit made on the $1,000,000 / 10% bond, plus any accrued interest, to Mr. Asad's counsel, Perlman, Bajandas, Yevoli, & Albright, P.L.

**DONE AND ORDERED** in Miami, Florida, this 21st day of October, 2026.

_______________________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record via CM/ECF